UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

LAUREN E. GABEL,

                Plaintiff,                              07 Civ. 11031 (CM)
                                                              ECF CASE

      -against-

RICHARDS SPEARS KIBBE & ORBE LLP n/k/a
RICHARDS KIBBE & ORBE LLP, LEE S. RICHARDS III,
DAVID SPEARS, LARRY G. HALPERIN, BRIAN S.                **DECLARATION**
FRASER, JONATHAN KIBBE, WILLIAM Q. ORBE,                  **OF SERVICE**
MICHAEL D. MANN, and JOHN and JANE DOES
1 through 20,

                Defendants.

------------------------------------------------------------------------X

        Pursuant to 28 U.S.C. § 1746, ERIC M. NELSON declares, under penalty of perjury:

        1.      I am an attorney duly admitted to practice before this Court, and am counsel of record for plaintiff in the above-captioned civil action. On March 20, 2008, I duly served the Summons, dated March 20, 2008 (the "Summons"), and the First Amended Complaint, dated March 19, 2008 (the "First Amended Complaint"), upon each of the named defendants herein, to wit, Richards Spears Kibbe & Orbe LLP n/k/a Richards Kibbe & Orbe LLP, Lee S. Richards III, David Spears, Larry G. Halperin, Brian S. Fraser, Jonathan Kibbe, William Q. Orbe, and Michael D. Mann by placing one (1) true and complete copy of each in an envelope, affixing a Federal Express shipping label properly addressed to J. Michael Riordan, Esq., Greenberg Traurig LLP, 200 Park Avenue, P.O. Box 677, Florham Park, New Jersey 07932-0677, and depositing same in the custody of Federal Express for overnight delivery thereof.

        2.      Mr. Riordan had previously identified himself to me as a member of the Greenberg Traurig firm, and as counsel for said defendants in this matter, and had advised me that he had been authorized by them to accept service thereof on their behalf, and would acknowledge doing so, upon receipt of one true and complete copy of each of the Summons and First Amended Complaint. I thereafter confirmed the actual delivery of same to Mr. Riordan on behalf of said

2

defendants by Federal Express on March 21, 2008, through the online facility furnished by Federal Express for that purpose.

       3.      On or about March 24, 2008, I received a written Acknowledgment of Service, signed and dated as of that date by Mr. Riordan, acknowledging receipt, and accepting service, of the Summons and First Amended Complaint herein on behalf of all such named defendants.

       I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:    New York, New York
                March 28, 2008

                                          \s\
                                      ERIC M. NELSON