# Greenberg Traurig

J. Michael Riordan, Esq.
Tel. (973) 360-7943
Fax (973) 301-8410

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

March 26, 2008

**MEMO ENDORSED**

*I only do conferences Friday*

*[signature] Colleen McMahon 3/31/08*

VIA FACSIMILE

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: Lauren Gabel v. Richards, Spears, Kibbe & Orbe LLP, et al.
Civil Action No. 07 Civ. 11031 (CM)

Dear Judge McMahon:

We represent all the named defendants ("the Defendants") in the above matter. On March 24, 2008, Defendants acknowledged service of the Amended Complaint. The docket originally reflected an Order Scheduling An Initial Pretrial Conference (attached hereto as Exhibit A) for February 1, 2008. That conference was adjourned as service had not yet been effected. Counsel for Plaintiff, Eric M. Nelson, informs us that the date of this conference is set for April 4, 2008.

If the Court wishes to proceed with an in-person conference, then Defendants request that it be scheduled for April 7, 2008, as I will be out of the country the week of March 31st. Plaintiff's counsel has no objection to this date. In the meantime, pursuant to Your Honor's rules, the parties will attempt to reach agreement on a draft Civil Case Management Plan, which could obviate the need for the conference. We have scheduled a telephone conference with Mr. Nelson for tomorrow to try to reach agreement on a Civil Case Management Plan.

We will contact Your Honor's chambers shortly to confirm if a conference is required and, if so, to confirm a date and time. Thank you for your consideration of these issues.

Respectfully submitted,

*J. Michael Riordan*
J. Michael Riordan

JMR:cgc
Attachment

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue | P.O. Box 677 | Florham Park, NJ 07932-0677
Tel 973.360.7900 | Fax 973.301.8410

www.gtlaw.com