# Greenberg Traurig

J. Michael Riordan
Tel. (973) 360-7943
Fax (973) 301-8410

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```



RECEIVED
APR 1 - 2008
CHAMBERS OF
COLLEEN McMAHON

April 1, 2008

**MEMO ENDORSED**

**VIA FACSIMILE**

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007

*Just answer on 4/14*

Re: Lauren Gabel v. Richards, Spears, Kibbe & Orbe LLP, et al.
Civil Action No. 07 Civ. 11031 (CM)

Dear Judge McMahon:

*Colleen McM* 3/14/08

We represent all the named defendants ("the Defendants") in the above matter. Please find attached an executed Acknowledgment of Service dated March 24, 2008 (the "Acknowledgment"). Based upon an agreement between the parties, we accepted service on behalf of the Defendants on that date.

However, pursuant to an Affidavit of Service filed on March 28, 2008 (Docket Entry No. 5), the docket reflects that service was effected on March 20, 2008, and sets the date by which we must file a responsive pleading for April 9, 2008. The Acknowledgment reflects the correct date of service, March 24, 2008, which would give Defendants until April 14, 2008 to file a responsive pleading. We have contacted the Clerk's office to attempt to rectify this error, but have been informed that the date may only be changed by order of the Court. Counsel for plaintiff has confirmed, via e-mail, that the date for our answer is April 14, 2008.

We respectfully request that Your Honor enter an order to reset the responsive pleading date to April 14, 2008. Thank you for your consideration of these issues.

Respectfully submitted,

*J. Michael Riordan* /cgc
J. Michael Riordan

JMR:cgc
Attachment
cc: Eric M. Nelson, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue | P.O. Box 677 | Florham Park, NJ 07932-0677
Tel 973.360.7900 | Fax 973.301.8410

www.gtlaw.com

## ACKNOWLEDGMENT OF SERVICE
## OF SUMMONS AND COMPLAINT

TO: Eric M. Nelson
Attorney at Law
112 Madison Avenue, 6th Floor
New York, New York 10016
Attorney for Plaintiff

I, *Michael Riordan*, hereby acknowledge receipt, and accept service, of the summons and First Amended Complaint in *Gabel v. Richards Spears Kibbe & Orbe LLP et al.*, 07 Civ. 11031 (CM), recently filed in the U.S. District Court for the Southern District of New York on behalf of, and as counsel for, each of the entities and/or individuals next to whose name I have placed my initials immediately below:

_____ ~~Richards Spears Kibbe & Orbe LLP~~ n/k/a Richards Kibbe & Orbe LLP

_____ Lee S. Richards III

_____ David Spears

_____ Larry G. Halperin

_____ Brian S. Fraser

_____ Jonathan Kibbe

_____ William Q. Orbe

_____ Michael D. Mann

_____ John and Jane Does 1 through 20

Receipt and acceptance of service on behalf of the above-indicated parties is hereby acknowledged on the 24th day of March, 2008.

GREENBERG TRAURIG LLP

By _____
A Member of the Firm
Attorneys at Law
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
(973) 360-7900

Attorneys for Defendants