# Greenberg Traurig

J. Michael Riordan
973-360-7943
riordanjm@gtlaw.com

## MEMO ENDORSED April 1, 2008

VIA FEDERAL EXPRESS

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: Gabel v. Richards Spears Kibbe & Orbe LLP, et al.
Docket No. 07 Civ. 11031 (CM)

*[Handwritten endorsement: "Conference p 4/11 @ 11:30 am."  Signed Colleen McMahon 4/2/08]*

Dear Judge McMahon:

We submit this letter on behalf of both parties regarding the scheduling of an initial conference in the above-captioned matter. The conference was most recently scheduled for April 4th. Defendants had not previously requested any extension but request an extension now because I will be out of the country at that time. We received your notification advising that the Court only entertains conferences on Fridays. Accordingly, the parties hereby confirm they are available for a conference with Your Honor, if necessary, on Friday, April 11th.

Counsel for the parties are in the process of trying to resolve an initial Civil Case Management Plan. We will apprise the Court by Wednesday, April 9th, if we have consented to a Plan and, if so, submit the proposed Plan to the Court on that date. If we are unable to do so, we will notify the Court and assume we will proceed with a pre-hearing conference on April 11th, if that date is available to the Court. We will await confirmation, including of a time for the conference, if one is required.

Thank you for your consideration of this request.

Respectfully submitted,

J. Michael Riordan
/4RP

JMR:cgc

cc: Eric M. Nelson, Esq. (via facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue | P.O. Box 677 | Florham Park, NJ 07932-0677
Tel 973.360.7900 | Fax 973.301.8410

www.gtlaw.com