GREENBERG TRAURIG, LLP
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932
(973) 360-7900
Attorneys for Defendants
Richards Spears Kibbe & Orbe LLP
n/k/a Richards Kibbe & Orbe LLP,
Lee S. Richards III, David Spears,
Larry G. Halperin, Brian S. Fraser,
Jonathan Kibbe, William O. Orbe and
Michael D. Mann

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN E. GABEL,

        Plaintiff,

v.

RICHARDS SPEARS KIBBE & ORBE LLP n/k/a RICHARDS KIBBE & ORBE LLP, LEE S. RICHARDS III, DAVID SPEARS, LARRY G. HALPERIN, BRIAN S. FRASER, JONATHAN KIBBE, WILLIAM O. ORBE, MICHAEL D. MANN, and JOHN and JANE DOES 1 through 20,

        Defendants.

07 Civ. 11031 (CM)

NOTICE OF APPEARANCE

COUNSEL:

PLEASE TAKE NOTICE, that the undersigned hereby appears in the above entitled action as counsel for Defendants Richards Spears Kibbe & Orbe LLP n/k/a Richards Kibbe & Orbe LLP, Lee S. Richards III, David Spears, Larry G. Halperin, Brian S. Fraser, Jonathan Kibbe, William O. Orbe, and Michael D. Mann and demands that a

NJ 226,386,594v1 4/9/2008

copy of all further papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: April 2, 2008

GREENBERG TRAURIG LLP
Attorneys for Defendants

By:_____
    J. Michael Riordan

NJ 226,386,594v1 4/8/2008