# Greenberg Traurig

J. Michael Riordan
Tel. (973) 360-7943
Fax (973) 301-8410

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

RECEIVED
APR 10 2008
CHAMBERS OF
COLLEEN McMAHON

April 10, 2008  4/10/08

*[Handwritten endorsement:] This is a very generous schedule for a 2007 case. I will sign the order but will not grant ANY adjournment, so don't ask.*

**Via E-Mail (orders_and_judgments@nysd.uscourts.gov)**
Hon. Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007
Attn: Clerk

Re: Lauren Gabel v. Richards, Spears, Kibbe & Orbe LLP, et al.
Civil Action No. 07 Civ. 11031 (CM)

Dear Clerk:

The parties participated in an extensive teleconference yesterday to discuss and resolve a proposed Civil Case Management Plan. A copy of the parties' proposed Civil Case Management Plan is attached. Assuming the enclosed meets with the Court's approval, the parties request that Judge McMahon sign the original and return a conformed copy. Please note that in Paragraph 10 of the Civil Case Management Plan, the parties have stipulated to a proposed briefing schedule subject, of course, to Judge McMahon's approval.

Based upon the foregoing, the parties are proceeding with the understanding that there is no need to appear at the Initial Conference currently scheduled for Friday, April 11, 2008 at 11:30 a.m. As you know, that Conference was scheduled in the event that the parties were unable to resolve a Civil Case Management Plan.

Thank you for your consideration of this submission.

Respectfully submitted,

J. Michael Riordan

JMR/smc
Enclosure
cc: Hon. Colleen McMahon, U.S.D.J. (via Telefax)
Eric M. Nelson, Esq. (via E-Mail)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400    www.gtlaw.com