UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN E. GABEL,<br><br>Plaintiff,<br><br>v.<br><br>RICHARDS SPEARS KIBBE & ORBE LLP n/k/a RICHARDS KIBBE & ORBE LLP, LEE S. RICHARDS III, DAVID SPEARS, LARRY G. HALPERIN, BRIAN S. FRASER, JONATHAN KIBBE, WILLIAM Q. ORBE, MICHAEL D. MANN, and JOHN and JANE DOES 1 through 20,<br><br>Defendants. | 07 Civ. 11031 (CM)<br><br>**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)** |

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Richards Kibbe & Orbe, LLP certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:.

NONE.


DATED: April 14, 2008          Respectfully submitted,

                               By:     s/ *J. Michael Riordan*
                                    J. Michael Riordan (JMR 5116)
                                    GREENBERG TRAURIG, LLP
                                    200 Park Avenue
                                    New York, New York 10166
                                    Telephone: (212) 801-9200
                                    Facsimile: (212) 801-6400
                                    Attorneys for Defendants