McMAHON J.

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Attorneys for Defendants
Richards Spears Kibbe & Orbe LLP
n/k/a Richards Kibbe & Orbe LLP,
Lee S. Richards III, David Spears,
Larry G. Halperin, Brian S. Fraser,
Jonathan Kibbe, William Q. Orbe and
Michael D. Mann

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN E. GABEL,<br><br>Plaintiff,<br><br>v.<br><br>RICHARDS SPEARS KIBBE & ORBE LLP n/k/a RICHARDS KIBBE & ORBE LLP, LEE S. RICHARDS III, DAVID SPEARS, LARRY G. HALPERIN, BRIAN S. FRASER, JONATHAN KIBBE, WILLIAM Q. ORBE, MICHAEL D. MANN, and JOHN and JANE DOES 1 through 20,<br><br>Defendants. | 07 Civ. 11031 (CM)<br><br>**ORDER FOR SUBSTITUTION OF ATTORNEY** |

THIS MATTER having being opened to the court on motion by McElroy, Deutsch, Mulvaney & Carpenter, LLP pursuant to Local Civil Rule 1.4 for the entry of an Order substituting McElroy, Deutsch, Mulvaney & Carpenter, LLP for Greenberg Traurig, LLP as the attorneys for Defendants Richards Spears Kibbe & Orbe LLP n/k/a Richards Kibbe & Orbe LLP, Lee S. Richards III, David Spears, Larry G. Halperin, Brian S.

Fraser, Jonathan Kibbe, William Q. Orbe, and Michael D. Mann in this matter; and it appearing that the parties have consented to the form and entry of this Order;

IT IS on this ⁀2⁀ day of Sept , 2008,

ORDERED that McElroy, Deutsch, Mulvaney & Carpenter, LLP shall be substituted as attorneys for Defendants; and it is

FURTHER ORDERED that a copy of this Order shall be served upon all counsel of record within five (5) days of the entrance hereof.

_____
U.S.D.J.

The undersigned hereby acknowledge their
Consent to the form and entry of this Order.

GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Withdrawing Attorneys for Defendants

By: _____
Jeffrey M. Rosenthal, Esq.

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Superseding Attorneys for Defendants

By: _____
J. Michael Riordan, Esq. (JMR-5116)

2

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Attorneys for Defendants
Richards Spears Kibbe & Orbe LLP
n/k/a Richards Kibbe & Orbe LLP,
Lee S. Richards III, David Spears,
Larry G. Halperin, Brian S. Fraser,
Jonathan Kibbe, William Q. Orbe and
Michael D. Mann

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN E. GABEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARDS SPEARS KIBBE & ORBE LLP n/k/a RICHARDS KIBBE & ORBE LLP, LEE S. RICHARDS III, DAVID SPEARS, LARRY G. HALPERIN, BRIAN S. FRASER, JONATHAN KIBBE, WILLIAM Q. ORBE, MICHAEL D. MANN, and JOHN and JANE DOES 1 through 20,<br><br>　　　　Defendants. | 07 Civ. 11031 (CM)<br><br>**DECLARATION OF<br>J. MICHAEL RIORDAN** |

I, J. MICHAEL RIORDAN, declare:

1.　　I am a shareholder in the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, with offices at 188 Pine Street, New York, New York and 1300 Mount Kemble Avenue, Morristown, New Jersey.

2. To date, I have served as counsel of record for Defendants at the firm of Greenberg Traurig, LLP, 200 Park Avenue, Florham Park, New Jersey.

3. I submit this declaration pursuant to Local Civil Rule 1.4 to permit me and my firm, McElroy, Deutsch, Mulvaney & Carpenter, LLP to substitute for Greenberg Traurig, LLP as counsel of record for Defendants.

4. On December 5, 2007, Plaintiff filed its Complaint in this matter.

5. Defendants retained me and the firm of Greenberg Traurig, LLP in the defense of Plaintiff's claims against them.

6. Greenberg Traurig, LLP has advised Defendants and myself that they consent to withdrawing as counsel of record for Defendants. Greenberg Traurig has sent their file materials to me in order to represent the Defendants in this matter.

7. The proposed substitution will have no effect on the posture of the case or its position on this Court's calendar, as the Court has not yet scheduled a Rule 16 initial conference. To my knowledge, no trial has been scheduled.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 25, 2008 in Morristown, New Jersey.

*[signature]*
J. MICHAEL RIORDAN